IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARIS N. KHAN et al.,

    Plaintiffs,

v.                                     CASE NO. 1:22cv44-RH-GRJ

NAVIENT CORPORATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to prosecute and for failure to comply with court orders." The clerk must close the file.

SO ORDERED on July 4, 2022.

                                  s/Robert L. Hinkle
                                  United States District Judge